AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (USAO rev. 12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>A United States Postal Service Priority Express Mail parcel bearing tracking number<br>EJ 905 343 571 US | Case No.  8:21-MJ-00632-DUTY |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued:   September 23, 2021, at 10:15 AM

*Karen E. Scott*
*Judge's signature*

City and state:   Santa Ana, CA

Honorable Karen E. Scott, United States Magistrate Judge
*Printed name and title*

AUSA:   D. Ahn (x3539)

Case 8:21-mj-00632-DUTY *SEALED* Document 2 *SEALED* Filed 09/23/21 Page 2 of 14
Page ID #:29

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:21-MJ-00632-DUTY | Date and time warrant executed: 09/29/21 11:00 Am | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of: FBI SA G. Chen, Santa Ana PD G. Gutierrez | | |
| Inventory of the property taken and name of any person(s) seized: | | |

USPS Priority Express parcel # EJ 905 343 571 US

- approx. 116 gross grams of blue pills marked with M30
- packaging material

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/29/21

_Executing officer's signature_

U.S. Postal Inspector Sumyra Duy
_Printed name and title_

**ATTACHMENT A**

<u>PARCEL TO BE SEARCHED</u>

The SUBJECT PARCEL is a United States Postal Service Priority Express Mail parcel bearing tracking number EJ 905 343 571 US. The SUBJECT PARCEL is a white padded Flat Rate envelope and weighs 6.9. The SUBJECT PARCEL is addressed to "Dat Pham, 909 Quinn St., Hattiesburg, MS 39401". The sender address listed on the SUBJECT PARCEL is "Jeff Tran, 13572 Utt Dr., Tustin, CA 92780". The SUBJECT PARCEL was paid with $26.95 postage and postmarked on September 16, 2021 in Westminster, California 92685.

The SUBJECT PARCEL is currently secured at the Santa Ana Police Department in Santa Ana, California.

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000;

    c.   Any associated packaging;

    d.   Documents, records, or other items evidencing the identity of the parcel's sender or intended recipient; and

    e.   Documents evidencing the transportation, manufacturing, cultivation, or sale of a controlled substance.

Case 8:21-mj-00632-DUTY   Document 3   Filed 10/04/21   Page 5 of 14   Page ID #:59
Case 8:21-mj-00632-DUTY *SEALED*   Document 2 *SEALED*   Filed 09/23/21   Page 5 of 14
Page ID #:32

### AFFIDAVIT

I, Sumyra Duy, being duly sworn, declare and state as follows:

### I.  INTRODUCTION

1.  I am a United States Postal Inspector ("USPI") with the United States Postal Inspection Service ("USPIS") and have been so employed since May 2012.  I am currently assigned to the Contraband Interdiction and Investigation - South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the United States mail to distribute controlled substances and/or controlled substances proceeds.

2.  I have completed a twelve-week basic law enforcement training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail.  Additionally, I have attended a 40-hour Los Angeles Police Department Peace Officer Standards and Training Certified Academy Narcotics School.  Prior to becoming a USPI, I worked as a financial investigator.  As part of my law enforcement duties, I have conducted numerous parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of the controlled substances and/or the proceeds of the sales of controlled substances.

### II. PURPOSE OF AFFIDAVIT

3.  This affidavit is made in support of a search warrant for the SUBJECT PARCEL described below and in Attachment A.  The

items to be seized constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance), and are set forth in Attachment B. Attachments A and B are incorporated herein by reference.

4.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. PARCEL TO BE SEARCHED

5.   This affidavit is made in support of an application for a search warrant for the following United States Postal Service ("USPS") Priority Mail parcel (hereinafter referred to as the "SUBJECT PARCEL"):

   a.   The SUBJECT PARCEL is a United States Postal Service Priority Express Mail parcel bearing tracking number EJ 905 343 571 US.  The SUBJECT PARCEL is a white padded Flat Rate envelope and weighs 6.9.  The SUBJECT PARCEL is addressed to "Dat Pham, 909 Quinn St., Hattiesburg, MS 39401".  The sender address listed on the SUBJECT PARCEL is "Jeff Tran, 13572 Utt

Dr., Tustin, CA 92780". The SUBJECT PARCEL was paid with $26.95 postage and postmarked on September 16, 2021 in Westminster, California 92685.

## IV. ITEMS TO BE SEIZED

6. The items to be seized from the SUBJECT PARCEL, which are set forth in Attachment B, constitute fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

## V. SUMMARY OF PROBABLE CAUSE

7. The SUBJECT PARCEL is an outbound parcel mailed from Westminster, California to an address in Hattiesburg, Mississippi. The SUBJECT PARCEL is believed to contain controlled substances or drug proceeds based on, among other things, a positive alert by a trained narcotics canine. Based on physical surveillance, Darren LE was identified as someone who possibly facilitates the transportation and distribution of narcotics out of the Southern California area.

## VI. STATEMENT OF PROBABLE CAUSE

### A. Background on Parcel Interdictions

8. Based on my training and discussions with experienced Postal Inspectors, I know that Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s. In particular, they began conducting organized interdictions of Express Mail and

Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances in Los Angeles, California, in the early 1990s. Along with conducting organized interdictions, Postal Inspectors also regularly examine and investigate Express Mail and Priority Mail parcels throughout the year. During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances using boxes, with the proceeds in the form of cash. Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders. By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances that lend a sense of legitimacy to the parcel.

    9.   From my training, personal experience, and the collective experiences related to me by Postal Inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds, I am aware that the greater Los Angeles area is a major source area for controlled substances. As such, controlled substances are frequently transported from the greater Los Angeles area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the greater Los Angeles

area via the United States Mail.  These proceeds are generally in large amounts of money over $1,000.

    10.  I also know, based on my training and experience, that drug traffickers will often use one of two USPS services: Priority Mail Express Service, which is the overnight/next day delivery mail service, and Priority Mail Service, which is the two-to-three day delivery mail service.  Drug traffickers use Priority Mail Express delivery services because of their speed, reliability, and the ability to track the package's progress to the intended delivery point.  Drug traffickers often use Priority Mail delivery services because they allow drug traffickers more time for travel between states if they are following their shipments to their destinations for distribution.  Like Priority Mail Express, Priority Mail also allows drug traffickers to track the package's progress to the intended delivery point.

    11.  Based on information derived and built upon over many years, I, like other Postal Inspectors, initially look for certain characteristics when examining Priority Mail Express and Priority Mail for controlled substances or drug proceeds.  These characteristics include:

        a.  The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

        b.  The article bears a handwritten label; and/or

        c.  The handwritten label on the article does not contain a business account number.

12. Parcels found to meet these characteristics are scrutinized by Postal Inspectors through further investigation, which may include return and addressee address verifications and trained narcotics-detecting canine examination. Postal Inspectors will also look for additional drug or drug proceed parcel characteristics such as:

    a. The seams of the article are all taped or glued shut;

    b. The article emits the odor of a cleaning agent, adhesive, or spray foam, detectable by a human; and/or

    c. Multiple articles are mailed by the same individual, on the same day, from different locations.

13. Based on my training and experiences and information learned during discussions with other Postal Inspectors, I know that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identity from law enforcement. Indeed, it is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

    **B.**   **<u>Physical Surveillance and Investigation of the SUBJECT PARCEL</u>**

14. On September 16, 2021, investigators with the Federal Bureau of Investigation's ("FBI") Orange County Asian Organized Crime Task Force ("OCAOCTF") and Santa Ana Police Department ("SAPD") VICE/Narcotics Unit conducted surveillance at 14672 Adams Street, Midway City, California, 92655, and 14682 Adams

Street, Midway City, California, 92655, regarding an on-going illegal narcotics investigation.

      a.   Leading up to the above surveillance, based on a Garden Grove Police Report ("GGPD") I reviewed, on February 21, 2021, officers served a search warrant at 15801 Topaz Street, Westminster, California 92683, which was associated to Darren Le ("LE"). As GGPD executed the search warrant, they encountered LE, who answered the front door. During the course of the search, officers learned the residence was split into two units, a front and rear residence. LE was associated to the front residence. Officers seized firearms, ammunition, and suspected controlled substances.

      b.   GGPD Police Officer Bradley Lowen, further investigating LE, later learned through physical surveillance that LE had moved and that his new residence was on Adams Street, located at either 14672 or 14682 Adams Street, Midway City, California 92655.

   15.   As noted above, on September 16, 2021, agents set up surveillance at and near Adams Street, and observed the following: Around 2:58 p.m., a gray Jeep Wrangler (CA Plate #8NJX538) arrived and parked at the residence, driven by an unknown subject. Around 3:26 p.m., an Asian male, identified as LE, exited from the rear townhouse of 14672 Adams Street, Midway City, California 92655. FBI TFO Robert Velasco was able to identify LE by his California driver's license ("CADL") photograph. Based on a review of LE's CADL photograph, the facial features and height of the observed Asian male, and LE as

the registered owner of the Nissan Altima, FBI TFO Velasco identified this individual as Darren LE.

16. The Asian male was holding a small white parcel in his left hand. He got into the driver's seat of a silver Nissan Altima (CA Plate 6WTJ284) with the parcel. The vehicle was registered to Darren H LE in the City of Westminster. He left in the Nissan Altima and was followed to the United States Postal Office located at 15030 Goldenwest Circle, Westminster, CA 92685.

17. FBI TFO Velasco followed LE on foot into the post office. Around 3:59 p.m., LE brought the parcel into the post office and was assisted by a United States Postal clerk. LE was observed filling out a Priority Mail Express label for the parcel and gave it to the clerk. LE was observed paying for the shipping costs with a $100 bill and told the clerk that he waived the signature requirement for the recipient. The parcel was scheduled to be delivered the next day, September 17, 2021.

18. LE left the post office and surveillance units observed him drive back home.

19. Investigators contacted me to help detain the SUBJECT PARCEL at the post office. Investigators identified and detained the SUBJECT PARCEL for further review.

20. The SUBJECT PARCEL met some of the initial suspicious characteristics described above in paragraphs 11 and 12. Specifically, the seams of the parcel were excessively taped, it bore a handwritten label, and it did not contain a business account.

21. FBI TFO Velasco observed the SUBJECT PARCEL's sender's name was written as Jeff Tran at 13572 Utt Dr, Tustin, CA 92780. The recipient's name was written as Dat Pham at 909 Quinn St., Hattiesburg, MS 39401. LE did not write his name or address as the sender and used someone else's name and address.

22. FBI TFO Velasco conducted a records check on Jeff Tran at 13572 Utt Dr, Tustin, CA 92780. There were no records of a Jeff Tran living at that address. Investigators also conducted a records check on Dat Pham at 909 Quinn St., Hattiesburg, MS 39401. There were no records of a Dat Pham at that address.

**C.   Positive Canine Alert on the SUBJECT PARCEL**

23. On September 16, 2021, SAPD Detective Corporal Gabriel Gutierrez and narcotics detection K9 "Poppy" conducted an exterior examination of the SUBJECT PARCEL. Detective Gutierrez informed me that Poppy gave a positive alert to the SUBJECT PARCEL, indicating that the SUBJECT PARCEL emitted the odor of controlled substances. Attached hereto as Exhibit 1, which I incorporate fully herein by reference, are documents setting forth information provided by Detective Gutierrez regarding Poppy's training and history in detecting controlled substances, and investigation of the SUBJECT PARCEL.

## VII. CONCLUSION

24. Based on the above, I submit there is probable cause to believe that the SUBJECT PARCEL, described in Attachment A, contains evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a

Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 23rd day of September, 2021.

*Karen E. Scott*

HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE